IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

WALLACE MORRIS,                          :
                                         :
              Petitioner                 :
                                         :
       v.                                :     CIVIL NO. 4:CV-15-1198
                                         :
FPC LEWISBURG,                           :     (Judge Brann)
                                         :
              Respondent                 :

## ORDER

July 7, 2015

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1.     The petition for writ of habeas corpus is **DISMISSED** as

meritless.

2.     The Clerk of Court is directed to **CLOSE** the case.

BY THE COURT:


  s/ Matthew W. Brann
Matthew W. Brann
United States District Judge

1